Shirley LUTE, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 38624.

Missouri Court of Appeals,
Western District.

May 26, 1987.

Motion for Rehearing and/or Transfer to
Supreme Court Denied June 30, 1987.

Susan L. Hogan, Columbia, for appellant.

William L. Webster, Atty. Gen., Jeffrey
Philip Dix, Asst. Atty. Gen., Jefferson City,
for respondent.

Before LOWENSTEIN, P.J., and
PRITCHARD and TURNAGE, JJ.

## ORDER

PER CURIAM:

Shirley Lute appeals from the denial of
her Rule 27.26 motion to vacate the judgment entered against her for capital murder and the accompanying sentence of life
imprisonment without eligibility for parole
for fifty years. Affirmed. Rule 84.16(b).